```
Kirsten A. Milton
Nevada State Bar No. 14401
Kyle J. Hoyt
Nevada State Bar No. 14886
```
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
kyle.hoyt@jacksonlewis.com

Attorneys for Defendant
*Wyndham Vacation Ownership, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY REGGE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-02235-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Wendy Regge ("Plaintiff"), through her counsel Hone Law, and Defendant Wyndham Vacation Ownership, Inc. ("Wyndham"), through its counsel Jackson Lewis P.C., that Wyndham and Demetrius Barnes shall have an extension up to and including Monday, March 7, 2022, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

　　　　1.　　Wyndham's response to the Complaint is currently due on February 11, 2022.

　　　　2.　　Barnes' response to the Complaint is currently due on February 22, 2022.

　　　　3.　　Due to counsel's recent retention, additional time is required to investigate Plaintiff's allegations before providing a responding to the Complaint.

　　　　4.　　This is the first request for an extension of time for Defendant to file a response

Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 11th day of February, 2022.

| HONE LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Amy L. Howard<br>Amy L. Howard, NV State Bar No. 13946<br>701 N. Green Valley Pkwy., Suite 200<br>Henderson, NV 89074<br><br>Attorneys for Plaintiff<br>*Wendy Regge* | /s/ Kirsten A. Milton<br>Kirsten A. Milton, NV State Bar No. 14401<br>Kyle J. Hoyt, NV State Bar No. 14886<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>*Wyndham Vacation Ownership, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: February 15, 2022

4867-4573-7229, v. 1